IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 76.185.28.17

**ISP:** Spectrum
**Physical Location:** Dallas, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/30/2019 18:30:21 | 86E25F72723F080B3CE85ABDB60CD00A7071025C | Moonlight Sex Games |
| 03/29/2019 17:49:13 | 96DF76B8A0321285052AA1DA65E6838583EBCE41 | Hot Night Tiny Blonde |
| 02/05/2019 21:52:23 | 9FE7AF7BB74E436C89F89F1F73C3B2456DD65451 | Workout and Stunning Hot Sex |
| 01/18/2019 16:40:17 | 7D0044245BC8CA33DA2AEDA3709A68FB32AA8813 | My First Video Is A Threesome |
| 01/18/2019 15:48:13 | B52FA90E4817B102F55EAB44ABF640CC2798601D | 18 Year Old Models First Time Threesome |
| 01/17/2019 21:12:36 | E52A7A22DE27586A9D8447DE16DF1D0DA9B7B4E0 | One Romantic Evening of Hot Sex |
| 11/15/2018 16:52:26 | 4A8394143CB0A40C13C7FC648E0608921F2F653C | Hot Russian Fucking |
| 11/09/2018 21:11:18 | 17CEAF989E225EE7DA8C06A40ACA28704353DFA2 | Moving Day Sex |
| 11/09/2018 18:52:13 | 942D58D2133F4B83550E5C2CD91610F96212C11A | Surprise Sex For Three |

**Total Statutory Claims Against Defendant: 9**

EXHIBIT A